IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE RAY LUCAS,**<br><br>　　　　　　**Plaintiffs**,<br>　　v.<br><br>**CITY OF VISALIA, et al.,**<br><br>　　　　　　**Defendants.** | 1:09-CV-1015  AWI DLB<br><br>ORDER VACATING OCTOBER 5, 2009, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

Currently pending before this Court is the "Visalia Defendants'" Rule 12(b)(6) motion to dismiss. Hearing on this matter is set for October 5, 2009, at 1:30 p.m. The court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 5, 2009, is VACATED, and the parties shall not appear at that time. As of October 5, 2009, the Court will take this motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 30, 2009　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE