IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| JESSE RAY LUCAS, | ) | 1:09-CV-1015  AWI DLB |
| | ) | |
| Plaintiffs, | ) | ORDER VACATING MARCH |
| v. | ) | 15, 2010, HEARING DATE AND |
| | ) | TAKING MATTER UNDER |
| CITY OF VISALIA, et al., | ) | SUBMISSION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |


Currently pending before this Court is the "Visalia Defendants'" Rule 12(b)(6) motion to dismiss.  Hearing on this matter is set for March 15, 2010, at 1:30 p.m.  The court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument.  See Local Rule 78-230.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 15, 2010, is VACATED, and the parties shall not appear at that time.  As of March 15, 2010, the Court will take this motion to dismiss under submission and will thereafter issue its decision.


IT IS SO ORDERED.

Dated:   **March 9, 2010**                    _____/s/ Anthony W. Ishii_____
                                         CHIEF UNITED STATES DISTRICT JUDGE