IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAY LUCAS,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　　　　Defendants. | 1:09-CV-1015  AWI DLB<br><br>ORDER VACATING JULY 19, 2010, HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Currently pending before this Court is Taser International's Rule 12(b)(6) motion to dismiss. Hearing on this matter is set for July 19, 2010, at 1:30 p.m. The court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 19, 2010, is VACATED, and the parties shall not appear at that time. As of July 19, 2010, the Court will take the motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: 　July 13, 2010　　　　　　　　　　　　　　　/s/ 　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE