1  Mildred K. O'Linn, Esq. (State Bar No. 159055)
   **MANNING &KASS**
2  **ELLROD, RAMIREZ, TRESTER LLP**
   15th Floor at 801 Tower
3  801 South Figueroa Street
   Los Angeles, CA 90017
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
5  mko@manningllp.com

6  Holly Gibeaut, Esq. (Pro Hac Vice - Arizona State Bar No. 019786)
   TASER International, Inc.
7  17800 N. 85th St.
   Scottsdale, Arizona 85255-9603
8  Telephone: (480) 502-6214
   Fax: (480) 905-2027
9  hgibeaut@taser.com
   jarrowood@taser.com
10
   Attorneys for Defendant,
11 TASER INTERNATIONAL, INC.

12
                    **UNITED STATES DISTRICT COURT**
13
                    **EASTERN DISTRICT OF CALIFORNIA**
14

15 | JESSE RAY LUCAS, individually,              ) | Case No.:
16 |                    Plaintiff,               ) | **1: 09-CV-01015-AWI (JLT)**
   |                                             ) |
17 | vs.                                         ) |
   |                                             ) | **ORDER FOR DISMISSAL**
18 | CITY OF VISALIA; VISALIA POLICE             ) | **WITHOUT PREJUDICE AS**
   | DEPARTMENT; ROBERT CARDEN,                  ) | **TO DEFENDANT TASER**
19 | individually and in his capacity of Chief of) | **INTERNATIONAL, INC.**
   | Police of the Visalia Police Department;    ) |
20 | VISALIA POLICE OFFICER CARMEN               ) |
   | ESPARZA, individually and in her capacity   ) |
21 | as a police officer; VISALIA POLICE         ) |
   | OFFICER SEAN O'RAFFERTY,                    ) |
22 | individually and in his capacity as a police) |
   | officer; TASER INTERNATIONAL, INC.,         ) |
23 | and DOES 1 to 30,                           ) |
   |                                             ) |
24 |                    Defendants.              ) |
   | _____ ) |
25

26 IT IS HEREBY ORDERED that:

27     Pursuant to the Stipulation re Dismissal between all parties, all causes of

28 action against defendant TASER INTERNATIONAL, INC. are hereby dismissed

without prejudice and the entire action against defendant TASER

INTERNATIONAL, INC. is hereby dismissed without prejudice.

Furthermore, plaintiff and defendant TASER INTERNATIONAL, INC. mutually waive all costs, court fees, and attorneys' fees arising out of this litigation involving these parties.

IT IS SO ORDERED.

Dated:   April 12, 2011                                   _____
                                                                   CHIEF UNITED STATES DISTRICT JUDGE