Leonard C. Herr, #081896
Ron Statler, #234177
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200

Attorneys for CITY OF VISALIA, VISALIA POLICE DEPARTMENT,
ROBERT CARDEN in his Official Capacity and Individual
Capacity, OFFICER CARMENT ESPARZA and OFFICER SEAN
O'RAFFERTY,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAY LUCAS, individually, | Case No.: 1:09-cv-01015-AWI-JLT |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER STAYING CIVIL ACTION DURING PENDENCY OF CRIMINAL PROCEEDING** |
| CITY OF VISALIA; VISALIA POLICE DEPARTMENT; ROBERT CARDEN, individually and in his capacity of Chief of Police of the Visalia Police Department; VISALIA POLICE OFFICER CARMEN ESPARZA, individually and in her capacity as a police officer; VISALIA POLICE OFFICER SEAN O'RAFFERTY, individually and in his capacity as a police officer; TASER INTERNATIONAL, INC., and DOES 1 to 30, | |
| Defendants. | |

The parties to this litigation, by and through their respective attorneys of record hereby submit this Stipulation and Order Staying Civil Action During Pendency of Criminal Proceeding.

///
///
///

LAW OFFICES
DOOLEY  HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

[1]

STIPULATION AND ORDER STAYING CIVIL ACTION
DURING PENDENCY OF CRIMINAL PROCEEDING

1

## RECITALS

2    WHEREAS, on June 10, 2009, Plaintiff JESSE RAY LUCAS filed a Complaint

3 in this court (Doc. 1) requesting relief as a result of the alleged misconduct of

4 various Defendants, including the City of Visalia and members of its police

5 department;

6    WHEREAS, the parties to this litigation, by and through their respective

7 attorneys of records have exchanged discovery and conducted some depositions in

8 this case;

9    WHEREAS, criminal proceedings related to the events at issue in this

10 litigation are presently pending against JESSE RAY LUCAS in the Superior Court of

11 the State of California, in and for the County of Tulare; and

12    WHEREAS, legal counsel to the parties in this litigation believe it is in the

13 best interest of all parties and believe the ends of justice and effective

14 administration of this civil case is best served by staying proceedings in this court

15 until criminal proceedings against JESSE RAY LUCAS have finally concluded, until

16 the court orders otherwise, or on a motion by any party to lift the stay.

17

## STIPULATION

18    IT IS HEREBY STIPULATED TO by and between the parties to this litigation,

19 through their respective attorneys of record as follows:

20    1.    This civil case shall be stayed until criminal proceedings against

21 JESSE RAY LUCAS are finally concluded in state court, until the court orders

22 otherwise or on a motion by any party to lift the stay; and

23    2.    All pending dates in the civil case shall be vacated and be reset at a

24 Scheduling Conference, which should not be set sooner than October 31, 2011.

25 DATED:  April 13, 2011                    REED SMITH

26

27

28                    By: ___/s/ Cristina M. Shea_____
                          CRISTINA M. SHEA,
                          Attorney for JESSE RAY LUCAS
                          [2]

LAW OFFICES
DOOLEY  HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

**STIPULATION AND ORDER STAYING CIVIL ACTION
DURING PENDENCY OF CRIMINAL PROCEEDING**

1    DATED:  April 13, 2011          DOOLEY, HERR, PELTZER & RICHARDSON, LLP

2

3                                    By: ___/s/ Leonard C. Herr_____
                                         LEONARD C. HERR,
4                                        Attorney for CITY OF VISALIA,
                                         VISALIA POLICE DEPARTMENT,
5                                        ROBERT CARDEN in his Official
                                         Capacity and Individual Capacity,
6                                        OFFICER CARMENT ESPARZA
                                         and OFFICER SEAN O'RAFFERTY
7
                                             **ORDER**
8

9    IT IS HEREBY ORDERED:

10        1.      This civil case shall be stayed until criminal proceedings against

11   Defendant, JESSE RAY LUCAS are finally concluded in state court; and

12        2.      All pending dates in this civil case (1:09-cv-01015-AWI-JLT) shall be

13   vacated and only be reset after a Scheduling Conference, which will be set after

14   October 31, 2011.

15

16

17   IT IS SO ORDERED.

18   Dated:  _April 13, 2011_          _____

19                                     CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

LAW OFFICES
DOOLEY  HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

[3]

**STIPULATION AND ORDER STAYING CIVIL ACTION
DURING PENDENCY OF CRIMINAL PROCEEDING**