David E. Weiss (SBN 148147)
Email:  dweiss@reedsmith.com
Cristina M. Shea (SBN 179895)
Email:  cshea@reedsmith.com
Ashley L. Shively (SBN 264912)
Email:  ashively@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659

Telephone:	+1 415 543 8700
Facsimile:	+1 415 391 8269

Attorneys for Plaintiff
JESSE RAY LUCAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAY LUCAS, individually,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF VISALIA; VISALIA POLICE DEPARTMENT; ROBERT CARDEN, individually and in his capacity as Chief of Police of the Visalia Police Department; VISALIA POLICE OFFICER CARMEN ESPARZA, individually and in her capacity as a police officer; VISALIA POLICE OFFICER SEAN O'RAFFERTY, individually and in his capacity as a police officer; TASER INTERNATIONAL, INC.; and DOES 1 to 30,<br><br>　　　　　　　Defendants. | Case No.: 1:09-cv-01015-AWI-JLT<br><br>**STIPULATION AND ORDER LIFTING STAY AND SETTING SCHEDULING CONFERENCE**<br><br>(Doc. 79) |

The parties to this litigation, by and through their respective attorneys of record hereby submit this Stipulation and Order Lifting Stay and Setting Scheduling Conference.

**STIPULATION**

WHEREAS, on April 13, 2011 this Court vacated all future dates in this matter and granted a stay of the civil proceedings until criminal proceedings against Plaintiff Jesse Ray Lucas were concluded in state court;

WHEREAS, the criminal proceedings have now concluded and the parties wish to lift the stay and resume the civil case.

WHEREAS, the parties agree a Scheduling Conference should be set on January 4, 2012, or at a date and time thereafter to be determine by the Clerk of the this Court.

THEREFORE, based on the foregoing, it is agreed that:

1. The stay granted on April 13, 2011 is lifted;

2. A Scheduling Conference should be set on January 4, 2012, or at a date and time thereafter to be determine by the Clerk of the this Court.

SO STIPULATED:

DATED: November 15, 2011

        REED SMITH LLP

        By   /s/  Ashley L. Shively
            Ashley L. Shively
            Attorneys for Plaintiff JESSE RAY LUCAS

DATED: November 15, 2011.

        DOOLEY, HERR, PELTZER & RICHARDSON LLP

        By   /s/ Leonoard C. Herr
            Leonard C. Herr
            Ron Statler
            Attorneys for Defendants CITY OF VISALIA, VISALIA POLICE DEPARTMENT, OFFICER CARMEN ESPARZA and OFFICER SEAN O'RAFFERTY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# ORDER

Based on the foregoing stipulation of the Parties, it is hereby **ORDERED**:

1. The stay, issued on April 13, 2011 (Doc. 78), is LIFTED ;

2. A Scheduling Conference is set for January 4, 2012 at 10:00 a.m. at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA 93312.

3. No later than December 28, 2011, counsel SHALL file a joint scheduling report that details the discovery completed before the stay was imposed, if any, and addresses the requirements of the Order Setting Mandatory Scheduling Conference, dated June 10, 2009. (Doc. 9)

4. Counsel are authorized to appear by telephone at the scheduling conference. In the event that more than one attorney wishes to appear by telephone, counsel shall jointly agree whether they will appear by CourtCall or via conference call and note this decision on the facepage of their joint statement. If counsel decide to appear by conference call, all attorneys shall be on the line before the call is placed to the Court at (661) 326-6624;

IT IS SO ORDERED.

Dated:   **November 15, 2011**          /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE

No.: 1:09-cv-01015-AWI-JLT    – 3 –    US_ACTIVE-107680123.1
STIPULATION AND ORDER LIFTING STAY AND SETTING SCHEDULING CONFERENCE