| | |
|---|---|
| Leonard C. Herr, #081896<br>Ron Statler, #234177<br>DOOLEY, HERR, PELTZER & RICHARDSON<br>Attorneys at Law, LLP<br>100 Willow Plaza, Suite 300<br>Visalia, California  93291<br>Telephone:  (559) 636-0200 | **EXEMPT FROM FILING FEES**<br>**[Gov. Code §6103]** |

Attorneys for CITY OF VISALIA, VISALIA POLICE DEPARTMENT,
             OFFICER CARMEN ESPARZA and OFFICER
             SEAN O'RAFFERTY

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAY LUCAS, individually,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF VISALIA; VISALIA POLICE DEPARTMENT; ROBERT CARDEN, individually and in his capacity of Chief of Police of the Visalia Police Department; VISALIA POLICE OFFICER CARMEN ESPARZA, individually and in her capacity as a police officer; VISALIA POLICE OFFICER SEAN O'RAFFERTY, individually and in his capacity as a police officer; TASER INTERNATIONAL, INC., and DOES 1 to 30,<br><br>             Defendants. | Case No. 1:09-cv-01015-AWI-JLT<br><br>**ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION SHOULD NOT ISSUE AGAINST TERRILL BROWN, M.D.**<br><br>(Doc. 93) |

**TO:  TERRILL BROWN, M.D.**

YOU ARE HEREBY ORDERED TO APPEAR on August 27, 2012 at 10 a.m. in Courtroom 6 of the Fresno Division of the United States District Court, Eastern District of California, located at 2500 Tulare Street, Fresno, California 93721, to show cause why you should not be held in contempt for willfully

-1-

**ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION
SHOULD NOT ISSUE AGAINST TERRILL BROWN, M.D.**

LAW OFFICES
DOOLEY HERR
PELTZER
& RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

1  disobeying a Subpoena in a Civil Case which was personally served upon you on
2  April 27, 2012, and which required your appearance and the production of
3  documents at a deposition on June 21, 2012.
4
5  IT IS SO ORDERED.
6   Dated:   **August 7, 2012**                    **/s/ Jennifer L. Thurston**
7                                                  UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER
& RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-
**ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION
SHOULD NOT ISSUE AGAINST TERRILL BROWN, M.D.**