David E. Weiss (SBN 148147)
Email: dweiss@reedsmith.com
Cristina M. Shea (SBN 179895)
Email: cshea@reedsmith.com
Ashley L. Shively (SBN 264912)
Email: ashively@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiff
JESSE RAY LUCAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAY LUCAS, individually, | Case No.: 1:09-cv-01015-AWI-JLT |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** |
| vs. | |
| CITY OF VISALIA; VISALIA POLICE DEPARTMENT; ROBERT CARDEN, individually and in his capacity as Chief of Police of the Visalia Police Department; VISALIA POLICE OFFICER CARMEN ESPARZA, individually and in her capacity as a police officer; VISALIA POLICE OFFICER SEAN O'RAFFERTY, individually and in his capacity as a police officer; TASER INTERNATIONAL, INC.; and DOES 1 to 30, | Complaint filed: June 10, 2009 |
| | Magistrate Judge: Jennifer L. Thurston |
| Defendants. | |

The Parties to this litigation, by and through their respective attorneys of record hereby submit this Stipulation and Order to modify the January 4, 2012 Scheduling Order.

## **STIPULATION**

WHEREAS, the Court has presently ordered that the discovery deadline for experts is December 14, 2012;

WHEREAS, the Court has presently ordered Defendants to make their disclosure of expert witnesses on or before October 26, 2012;

WHEREAS, the Court has presently ordered Plaintiff to make his disclosure of rebuttal expert witnesses on or before December 17, 2012;

WHEREAS, Plaintiff's expert psychologist is unavailable for deposition until after December 14, 2012 due to scheduled trial testimony and travel in another case;

WHEREAS, Plaintiff's lead counsel is largely unavailable in the month of November 2012 due to scheduled depositions and travel in another case;

WHEREAS, Defendants' designating expert cardiologist was unable to provide his report to Plaintiff before October 26, 2012 due to unforeseen circumstances;

NOW THEREFORE, in view of the foregoing, the Parties, by and through their respective counsel of record and subject to the approval of this Court, hereby STIPULATE AND AGREE THAT:

1. The discovery deadline is continued from December 14, 2012 to February 14, 2012;

2. The date for Defendants to make their disclosure of expert witnesses is continued from October 26, 2012 to November 19, 2012; and

3. The date for Plaintiff to make his disclosure of rebuttal expert witnesses is continued from November 16, 2012 to December 17, 2012.

SO STIPULATED:

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: November 6, 2012

REED SMITH LLP

By  /s/ Ashley L. Shively
    Ashley L. Shively
    Attorneys for Plaintiff JESSE RAY LUCAS

DATED: November 6, 2012.

DOOLEY, HERR, PELTZER & RICHARDSON LLP

By
    Leonard C. Herr
    Ron Statler
    Attorneys for Defendants CITY OF VISALIA, VISALIA POLICE DEPARTMENT, OFFICER CARMEN ESPARZA and OFFICER SEAN O'RAFFERTY

# ORDER

Based on the foregoing stipulation of the Parties, and for good cause appearing, the Court **ORDERS** the scheduling order amended as follows:

1. The expert discovery deadline is continued from December 14, 2012 to February 14, 2012;

2. Defendants SHALL make their disclosure of expert witnesses no later than November 19, 2012; and

3. Plaintiff SHALL make his disclosure of rebuttal expert witnesses no later than December 17, 2012;

4. Any non-dispositive motions SHALL be filed no later than February 21, 2013 and heard no later than March 22, 2013.

IT IS SO ORDERED.

Dated:   **November 6, 2012**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE