IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAY LUCAS,<br><br>            Plaintiffs,<br>   v.<br><br>CITY OF VISALIA, et al.,<br><br>            Defendants. | 1:09-CV-1015  AWI JLT<br><br>**ORDER VACATING DECEMBER 3, 2012 HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |

    Currently pending before this Court is the "Visalia Defendants'" motion for summary judgment. Hearing on this matter is set for December 3, 2012, at 1:30 p.m. The court has reviewed the submissions of the parties and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 3, 2012, is VACATED, and the parties shall not appear at that time. As of December 3, 2012, the Court will take this motion to dismiss under submission and will thereafter issue its decision.

    IT IS SO ORDERED.

Dated:  November 28, 2012

                                                          UNITED STATES DISTRICT JUDGE