David E. Weiss (SBN 148147)
Email: dweiss@reedsmith.com
Cristina M. Shea (SBN 179895)
Email: cshea@reedsmith.com
Ashley L. Shively (SBN 264912)
Email: ashively@reedsmith.com
Jaclyn M. Setili (SBN 279138)
Email: jmsetili@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Plaintiff
JESSE RAY LUCAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAY LUCAS, individually, | Case No.: 1:09-cv-01015-AWI-JLT |
| Plaintiff, | **ORDER RE TESTIMONY OF DR. SWERDLOW AND DR. LABEL** |
| vs. | |
| CITY OF VISALIA; VISALIA POLICE DEPARTMENT; ROBERT CARDEN, individually and in his capacity as Chief of Police of the Visalia Police Department; VISALIA POLICE OFFICER CARMEN ESPARZA, individually and in her capacity as a police officer; VISALIA POLICE OFFICER SEAN O'RAFFERTY, individually and in his capacity as a police officer; TASER INTERNATIONAL, INC.; and DOES 1 to 30, | Complaint filed: June 10, 2009<br><br>Magistrate Judge: Jennifer L. Thurston<br>District Court Judge: Anthony W. Ishii |
| Defendants. | |

## **ORDER**

Based on the stipulation of the Parties, it is hereby ordered:

1. That Defendants shall not call Dr. Swerdlow and/or Dr. Label at trial;

2. Plaintiff shall not present evidence at trial that his cardiologic or neurologic conditions were exacerbated as a result of being shot with a Taser device on May 1, 2008.

3. The jury shall be instructed the parties have stipulated that neither Plaintiff's cardiologic or neurologic conditions were caused by or exacerbated as a result of being shot with a Taser device on May 1, 2008, and you must accept this fact as true.

IT IS SO ORDERED.

Dated:   **February 20, 2013**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE