# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE RAY LUCAS,** | 1:09-CV-1015 AWI JLT |
| **Plaintiffs**, | |
| v. | **ORDER RESETTING PRE-TRIAL CONFERENCE DATE AND ORDER SETTING SECOND SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| **CITY OF VISALIA, et al.,** | |
| **Defendants.** | |

    Trial in this matter is set for trial on September 10, 2013, and the pre-trial conference is set for June 19, 2013. On May 8, 2013, the Court granted in part and denied in part Defendants' motion for summary judgment. See Doc. No. 119. As part of that order, the Court stated in a footnote that, if the case did not settle during the May 30, 2013, settlement conference, then Defendants would be permitted to file a second summary judgment motion on the limited issue of qualified immunity for the second taser application. See id. at p.25 n.13. The Court stated that Defendants were to notify the Court if they wished to file a second motion, and that once notified, the Court would set a briefing schedule and move the pre-trial conference date. See id. On June 4, 2013, Defendants informed the Court that they wish to file a second motion. In accordance with Footnote 13 of the summary judgment order, the Court will set a briefing schedule and reset the pre-trial conference.

    Accordingly, IT IS HEREBY ORDERED that:

1. As soon as possible, but no later than June 14, 2013, Defendants may file a second motion for summary judgment that is limited to the issue of qualified immunity for the second taser application;

2. Plaintiffs shall file either an opposition or notice of non-opposition within 14 (fourteen) calendar days of service of Defendants' motion;[1]

3. Defendants shall file a reply within 7 (seven) calendar days of Plaintiffs' response;

4. Upon receipt of Defendants' reply, the Court will determine whether a hearing is necessary or whether the motion can be decided on the submissions of the parties;[2] and

5. The June 19, 2013, pre-trial conference is VACATED and RESET to July 26, 2013.[3]

IT IS SO ORDERED.

Dated: June 4, 2013

SENIOR DISTRICT JUDGE

---

[1] For clarity, if Defendants file their motion on June 14, then the opposition will be due on June 28.

[2] If the Court determines that a hearing is necessary, the hearing would likely be set for July 15, 2013, at 1:30 p.m. The Court will inform the parties as soon as possible if a hearing will be held.

[3] The parties shall file a joint pre-trial conference statement in preparation for the pre-trial conference.