Leonard C. Herr, #081896
DOOLEY, HERR, PEDERSON & BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California  93291
Telephone:  (559) 636-0200


Attorneys for Defendants, CITY OF VISALIA, VISALIA POLICE DEPARTMENT, OFFICER CARMEN ESPARZA and OFFICER SEAN O'RAFFERTY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAY LUCAS, individually,<br><br>　　　　　Plaintiff,<br>　v.<br>CITY OF VISALIA; VISALIA POLICE DEPARTMENT; ROBERT CARDEN, individually and in his capacity of Chief of Police of the Visalia Police Department; VISALIA POLICE OFFICER CARMEN ESPARZA, individually and in her capacity as a police officer; VISALIA POLICE OFFICER SEAN O'RAFFERTY, individually and in his capacity as a police officer; TASER INTERNATIONAL, INC., and DOES 1 to 30,<br><br>　　　　　Defendants. | Case No.: 1:09-cv-01015-AWI-JLT<br><br>**STIPULATION CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE;  ORDER**<br><br>Date:　　　July 26, 2013<br>Time:　　　10:00 a.m.<br>Courtroom:　2<br><br>Complaint File: June 10, 2009<br>Trial Date:　　September 10, 2013<br><br>Honorable Anthony W. Ishii |

　　　　The parties to this litigation, by and through their respective attorneys of record, hereby stipulate and request that the Court continue the pretrial conference, currently set for July 26, 2013, and the trial date, currently set for September 10, 2013, as follows:

## STIPULATION

　　　　WHEREAS, the parties are actively engaged in discussions that may lead to a resolution of this matter;

LAW OFFICES
DOOLEY  HERR PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

1

**STIPULATION CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE; [PROPOSED] ORDER**

1    WHEREAS, the parties have met and conferred and agree that a
2 continuance of the pretrial conference and trial dates would allow the parties to
3 exhaust further settlement negotiations without incurring unnecessary costs;
4    THEREFORE, the parties agree and stipulate by and between their
5 respective attorneys of record that:
6    1.  The Court shall continue the pretrial conference, currently set for July
7 26, 2013, to January 15, 2014 @ 8:30 a.m.
8    2.  The Court shall continue the trial, currently set for September 10, 2013,
9 to February 25, 2014 at 8:30 a.m.
10    3.  The parties shall file an amended joint pretrial conference statement
11 consistent with the requirements of the Local Rules seven days before the
12 rescheduled pretrial conference.

13 DATED:  July 23, 2013           REED SMITH LLP

15                                By:   /s/ Ashley L. Shively
                                       ASHLEY L. SHIVELY,
16                                     Attorneys for Plaintiff
                                       JESSE RAY LUCAS

18
19 DATED:  July 23, 2013           DOOLEY, HERR, PEDERSEN &
                                   BERGLUND BAILEY, LLP

21                                By:   /s/ Leonard C. Herr
                                       LEONARD C. HERR,
22                                     Attorney for Defendants
                                       CITY OF VISALIA, VISALIA POLICE
23                                     DEPARTMENT, OFFICER CARMEN
                                       ESPARZA and OFFICER SEAN
24                                     O'RAFFERTY

27 / / /
28 / / /

LAW OFFICES
DOOLEY HERR
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

2

**STIPULATION CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE; [PROPOSED] ORDER**

# ORDER

Based on the foregoing stipulation of the parties, and for good cause appearing,

1. The pretrial conference, currently set for July 26, 2013, is continued to January 15, 2014 @ 8:30 a.m.
2. The trial, currently set for September 10, 2013, is continued to February 25, 2014 @ 8:30 a.m.
3. The parties shall file an amended joint pretrial conference statement consistent with the requirements of the Local Rules seven days before the rescheduled pretrial conference.

IT IS SO ORDERED.

Dated:   July 24, 2013                                              _____
                                                                              SENIOR  DISTRICT  JUDGE

LAW OFFICES
DOOLEY  HERR
PEDERSEN &
BERGLUND BAILEY
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

3

**STIPULATION CONTINUING PRETRIAL CONFERENCE AND TRIAL DATE; [PROPOSED] ORDER**