UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RAY LUCAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VISALIA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:09-cv-01015 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 136) |

On June 13, 2013, Defendants notified the Court they reached a settlement with Plaintiff. (Doc. 136). Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

　　1.　　The parties **SHALL** file a stipulated request for dismissal no later than **October 18, 2013**; and

　　2.　　All pending dates, motions, conferences and hearings, including the trial date, are **VACATED**.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order. See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:　**September 11, 2013**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28